NOT FOR PUBLICATION                                       (Doc. Nos. 199, 200, & 216)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| IN RE: PAULSBORO DERAILMENT CASES | Master Docket No. 13–0784 |
| Alice BREEMAN, et al., | Civil No. 12–7468 (RBK/KMW) |
| Plaintiffs, | **ORDER** |
| v. | |
| CONSOLIDATED RAIL CORPORATION, et al., | |
| Defendants. | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon its Order to Show Cause why the complaint should not be dismissed (Doc. No. 216), and the Court having considered the moving papers and the arguments presented at the hearing on October 16, 2015, and for the reasons expressed on the record;

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is **DISMISSED** for lack of subject matter jurisdiction;

**IT IS HEREBY FURTHER ORDERED** that Defendants' motions for leave to file motion for partial summary judgment (Doc. Nos. 199 and 200) are **DENIED AS MOOT**.

Dated:   10/16/2015                                       s/ Robert B. Kugler

                                                          ROBERT B. KUGLER
                                                          United States District Judge